

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-16-00668-CV

America Amada **GONZALEZ**,
Appellant

v.

Jose Gilberto **PENA**, Imelda B. Pena, and Maria Guadalupe Villarreal,
Appellees

From the 381st Judicial District Court, Starr County, Texas
Trial Court No. DC-15-547
Honorable Jose Luis Garza, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE MARTINEZ, AND JUSTICE RIOS

In accordance with this court's opinion of this date, the trial court's Order of Dismissal is REVERSED and the cause is REMANDED to the trial court with instructions for the trial court to reinstate the suit on the court's active docket.

It is ORDERED that appellant recover her costs of appeal from appellees.

SIGNED August 2, 2017.

_____
Rebeca C. Martinez, Justice